**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mary L. McKay, | ) | |
| | ) | **ORDER GRANTING PLAINTIFF'S** |
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Indian Health Service, | ) | Case No. 4:06-cv-003 |
| | ) | |
| Defendants. | ) | |

Before the Court is the Plaintiff's "Voluntary Dismissal" filed on April 4, 2006. Dismissal is predicated upon Rule 41(a) of the Federal Rules of Civil Procedure. According to the Plaintiff, the suspension at issue has been removed and thus no further legal action is necessary at this time. The Court grants the Plaintiff's Voluntary Dismissal (Docket No. 17) and **ORDERS** that the case be dismissed without prejudice and without costs to either party.

Dated this 5th day of April, 2006.

_/s/ Daniel L. Hovland_

Daniel L. Hovland, Chief Judge
United States District Court